

## NUMBER 13-17-00216-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

KEITH WILEY,                                                                      Appellant,

v.

IRMA JEWELL & SUMMER TOUPS,                                      Appellees.

### On appeal from the 201st District Court
### of Travis County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Hinojosa**

The appellant's brief in the above cause was due on June 5, 2017.[1]   On June 21,

2017, the Clerk of the Court notified appellant that the brief had not been timely filed and

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   See TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellees were not significantly injured by the appellant's failure to timely file a brief.   To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file the brief, or file the brief.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

LETICIA HINOJOSA
Justice

Delivered and filed the
27th day of July, 2017.